# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MOISES MARTIN RIVERA-GARCIA | Case Number: 8:08-cr-358-T-24TBM |
| | USM Number: 50374-018 |
| | Mauricio Hued, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **One, Two and Three** of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conduct, Re-entering the United States without the express permission of the United States Attorney General, occurring on or about May 20, 2009, while on supervision, in violation of the conditions of supervision. | May 20, 2009 |
| 2. | New Criminal Conduct, Immigration Document Fraud, occurring on or about May 20, 2009, while on supervision, in violation of the conditions of supervision. | May 20, 2009 |
| 3. | New Criminal Conduct, Social Security Fraud, occurring on or about May 20, 2009, while on supervision, in violation of the conditions of supervision. | May 20, 2009 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 12, 2010
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

January 12, 2010
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: MOISES MARTIN RIVERA-GARCIA
CASE NUMBER: 8:08-CR-358-T-24TBM

Judgment - Page  2   of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *FOUR (4) Months, to run consecutively to the term of imprisonment imposed in case number 8:09-cr-274-T-24MAP.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By_____
    DEPUTY UNITED STATES MARSHAL